IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF COLORADO

**Magistrate Judge O. Edward Schlatter**

**Civil Action No. 04-cv-00560-OES-BNB**  **FTR – Court room A601**
**Date:** October 24, 2005   Cathy Coomes, Courtroom Deputy

---

GEROGE M. BULL,

                                Plaintiffs,

v.

UNION PACIFIC RAILROAD
COMPANY, a corporation,

                                Defendant.

---

**ORDER**

---

**Entered by O. Edward Schlatter, United States Magistrate Judge**

Trial of this matter is scheduled to begin before me on Monday, October 31, 2005. Defendant has indicated that four (4) locomotive seats such as those which are at issue in this case will be introduced as exhibits at the trial. Security pollicies and procedures which exist at the Alfred A. Arraj United States Courthouse preclude or hamper the defense in bringing the proposed exhibits into the building without an express order of the court.

Accordingly, it is hereby **ORDERED** that counsel for the defense is allowed to bring four (4) locomotive seats into the Alfred A. Arraj United States Courthouse for purposes of trial in this lawsuit. Counsel for the defense is instructed to coordinate with

Rod Robinson of the United States Marshal Service at (303) 335-3400 to facilitate entry of the locomotive seats into the building.

Dated at Denver, Colorado this 24th day of October, 2005.

BY THE COURT

*[signature]*

O. Edward Schlatter
United States Magistrate Judge