IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00560-OES-BNB

GEORGE M. BULL,

Plaintiff(s),

vs.

UNION PACIFIC RAILROAD COMPANY,

Defendant(s).

---

ORDER DENYING DEFENDANT'S
MOTION *IN LIMINE* RE THE STANDISH CORRESPONDENCE

---

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER
Dated:  October 26, 2005

Defendant has moved to exclude from the trial of this case any evidence of the

"Standish Correspondence."  Defendant states that it believes that plaintiff will attempt

to offer the evidence "to prove that Defendant, in the exercise of ordinary care, should

have equipped locomotives operated by Plaintiff with active air suspension seats to

diminish Plaintiff's exposure to whole body vibration."  Deft's Mtn at 2.  Defendant

argues that the evidence should be excluded because "the testing reflected in the

Standish Correspondence was not conducted in accordance with generally accepted

standards for the measurement of human exposure to whole body vibration and

repeated shock."  Id.

Plaintiff has filed a Response in which he states that he does not intend to offer

the Standish Correspondence for the purpose of demonstrating that defendant should

have equipped the locomotives operated by plaintiff with active air suspension seats.

Pltf's Resp. at 1.  Instead, he argues that "the Standish letter and the EMD seat

comparison tests are relevant to a wide variety of issues in the case."  Id. at 5.

## DISCUSSION

Plaintiff has asserted that he will not attempt to use the Standish letter for a

purpose that would be covered by Daubert.  For that reason, I need not perform any

gatekeeping in regard to the letter, and will address any issues in regard to this

evidence as the evidence is presented at trial.

## ORDER

It is therefore ORDERED that Defendant's Motion *In Limine* to Exclude

Documentary Evidence – the "Standish Correspondence" [Doc. 58, filed October 10,

2005] is DENIED.

Dated at Denver, Colorado, this day of:  October 26, 2005

BY THE COURT:

s/ O. Edward Schlatter

_____

O. Edward Schlatter
United States Magistrate Judge