IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge O. E. Schlatter

Civil Action No. 04-cv-00560-OES-BNB

GEORGE M. BULL,

    Plaintiff,

v.

UNION PACIFIC RAILROAD,

    Defendants.

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 10 2005

GREGORY C. LANGHAM
              CLERK

---

## STIPULATION AND ORDER REGARDING CUSTODY OF EXHIBITS

---

It is stipulated that at the conclusion of the trial, counsel for the parties shall retain custody of their respective exhibits until such time as all need for the exhibits has terminated and the time to appeal has expired or all appellate proceedings have been terminated plus sixty days.

DATED at Denver, Colorado, this 10th day of November, 2005.

BY THE COURT:

_____
O. Edward Schlatter, Magistrate Judge
United States District Court

_____
Attorney for Plaintiff

_____
Attorney for Defendants