IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 04-cv-00560-OES-BNB

GEORGE M. BULL,

Plaintiff(s),

vs.

UNION PACIFIC RAILROAD COMPANY,
a Delaware corporation,

Defendant(s).

## ORDER OF DISMISSAL WITH PREJUDICE

ORDER ENTERED BY MAGISTRATE JUDGE O. EDWARD SCHLATTER

IT IS HEREBY ORDERED that the above-entitled action is hereby dismissed with prejudice, each party to pay his or its own costs.

DATED at Denver, Colorado, this 22nd day of November, 2005.

BY THE COURT:

s/ O. Edward Schlatter

_____
O. Edward Schlatter
United States Magistrate Judge